## JACOBS v COPP CO

Ohio Supreme Court
No 22263.  Decided Dec. 17, 1930

[black redaction bars]

Marshall, CJ, Kinkade, Jones, Matthias, Day and Allen, JJ, concur.